UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| CHARLES TRAVIS MAPLES, | ) | |
| Petitioner, | ) ) ) | |
| v. | ) ) | No.: 3:21-CV-179-RLJ-DCP |
| SAM ROGERS, | ) ) ) | |
| Respondent. | ) | |

## JUDGMENT ORDER

In accordance with the Memorandum Opinion entered this date, Charles Travis Maples' petition for a writ of habeas corpus is **DENIED**, and this action is **DISMISSED WITH PREJUDICE**. A certificate of appealability from this decision is **DENIED**.

Because the Court **CERTIFIED** in the Memorandum Opinion that any appeal from this order would not be taken in good faith, should Petitioner file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* Fed. R. App. P. 24.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT